IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NANCY WEBB, | ) | |
| | ) | Civil No. 06-359-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| INTENSIVE FAMILY SERVICES, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that the parties' Stipulated Motion for Order of Dismissal [9-1] is GRANTED. This action is Dismissed with prejudice and without costs and attorney fees awarded to any party. Pending motions, if any, are DENIED AS MOOT.

Dated this _14_ day of September, 2006.

by /s/ Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge